UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

-against-

TIBI, LLC, a Delaware limited liability company, d/b/a TIBI and 120 WOOSTER LLC, a New York limited liability company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2023_

23 Civ. 9060 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 19, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by December 13, 2023. ECF Nos. 9–10. These submissions are overdue. Accordingly, by **January 9, 2024**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 19, 2023
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge